PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2022

SEAN F. McAVOY, CLERK

United States of America            )
                                    )
vs                                  )
                                    )
Nathan H. Douglas, Jr.              )    Case No. 2:21CR00021-TOR-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Nathan H. Douglas, Jr., have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Douglas' release order currently requires him to be at his residence every day from 7 p.m. to 7 a.m. He recently secured employment that may conflict with his curfew. Therefore, the undersigned officer respectfully request the following modifications of Mr. Douglas curfew:

*[handwritten: 7:00 p.m to 6:30 a.m]*

**Modified Condition**: Defendant shall be restricted to his residence every day from ~~6:30 a.m. to 7:00 p.m.,~~ unless approved in advance by the U.S. Probation Office for employment purposes only.

I consent to this modification of my release conditions and ~~agree~~ to abide by this modification.

_____  3/3/22          _____  3/3/2022
Signature of Defendant      Date            Pretrial Services/Probation Officer    Date
Nathan H. Douglas, Jr.                      Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   3/4/2022
Signature of Defense Counsel                Date
Colin Prince

[X] The above modification of conditions of release is ordered, to be effective on 3/7/22

[ ] The above modification of conditions of release is not ordered.

_____                   March 7, 2022
Signature of Judicial Officer               Date
James A. Goeke