UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Douglas, Jr., Nathan H. | Docket No. | 0980 2:21CR00021-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan H. Douglas, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 27th day of October 2021, under the following conditions:

**Additional Condition #17:** Undergo a mental health evaluation and comply with any recommended treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Douglas. Mr. Douglas acknowledged an understanding of the conditions at that time.

**Violation #1:** Nathan H. Douglas, Jr., is alleged to have violated to conditions of pretrial release supervision by failing to attend mental health treatment on November 1, 2022.

On November 10, 2021, Mr. Douglas participated in a mental health evaluation with Robert Shepard. As a result of this evaluation, Mr. Douglas was recommended to participate in mental health treatment two times per month.

On November 1, 2022, Robert Shepard advised Mr. Douglas failed to attend a scheduled mental health appointment on that date. The undersigned officer contacted Mr. Douglas on November 1, 2022. He said he did not realize he had an appointment on that date. He agreed to reschedule the appointment with Mr. Shepard.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 2, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Douglas, Jr., Nathan H.
November 2, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/2/2022

Date