UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>NATHAN H. DOUGLAS, JR.,<br><br>                      Defendant. | Case No.: 2:21-CR-0021-TOR<br><br>Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein |

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the confidential information contained therein ("the Discovery") to counsel for the Defendant, and the Court finding good cause therefore, **IT IS HEREBY ORDERED**:

      1.    The United States' Motion for Protective Order Regulating Disclosure of Discovery and Information and to Expedite are **GRANTED**.

      2.    The United States is authorized to disclose the discovery and confidential materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

      3.    Counsel for the Defendant shall hold the discovery materials in confidence, disclosing this information to his or her client, office staff, investigators, and/or witnesses (including any experts) only to the extent he or she believes is necessary to assist in the defense of this matter.

Protective Order – 1

4. Counsel for the Defendant shall advise any person to whom the discovery materials are disclosed that the information must be held in confidence and the recipient may not further disclose or disseminate the information without further order of the Court.

5. Discovery in this matter will be made available to defense counsel via access to a case file on USA File Exchange or through a diskette containing a copy of the discovery. If necessary, to review discovery with his or her client, counsel for the Defendant may download the discovery and duplicate only once. Discovery materials may not be left in the possession of the Defendant. In order to provide discovery to a necessary third-party vendor, consultant, and/or anticipated fact or expert witness, defense counsel may duplicate the discovery only once. No other copies shall be made, by defense counsel or the Defendant, without prior approval from this Court.

6. To the extent that defense counsel makes any portion of the Discovery available in paper format to anyone, including his client, outside of counsel's office, defense counsel shall ensure any and all financial account, sensitive and confidential information is redacted or removed.

7. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for defendant shall retrieve and destroy all copies of the Discovery, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

//
//
//
//

Protective Order – 2

8. Government personnel and counsel for the Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 6th day of January 2023.



Thomas O. Rice
United States District Judge

Protective Order – 3