UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Douglas, Jr., Nathan H. | Docket No. | 0980 2:21CR00021-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan H. Douglas, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 27th day of October 2021, under the following conditions:

<u>**Standard Condition #9:**</u> Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Douglas. Mr. Douglas acknowledged an understanding of the conditions at that time.

<u>**Violation #1:**</u> Nathan H. Douglas, Jr., is alleged to have violated the conditions of his pretrial release supervision by possessing marijuana on December 9, 2022.

On December 9, 2022, the undersigned officer met with Mr. Douglas at his residence for the purpose of inspecting his location monitoring equipment. Mr. Douglas granted the undersigned officer entrance to his apartment. He was home with his father, who was sitting in a chair in the main living room of the apartment. The undersigned could smell the odor of marijuana in the residence. The undersigned officer also observed a pipe (believed to ingest marijuana) in plain view sitting on a table in the living room. Mr. Douglas' father advised the pipe belonged to him and that he ingests marijuana for medicinal purposes.

The undersigned and Mr. Douglas proceeded to his bedroom to continue the home contact. Mr. Douglas has had an indoor greenhouse tent in his bedroom for the majority of his term of pretrial release supervision. Mr. Douglas voluntarily opened the tent for inspection, which has been common practice during each of his prior home contacts. Prior to opening the greenhouse on December 9, 2022, Mr. Douglas stated he had some "exotic plants" inside the tent. Upon opening the door to the greenhouse, the undersigned officer observed approximately four plants that appeared to be marijuana. Mr. Douglas acknowledged that the plants observed were marijuana plants. He said he was growing marijuana for his father.

Mr. Douglas also admitted he had been ingesting marijuana on a regular basis while on pretrial release supervision. He said he was growing marijuana because purchasing marijuana from the store had become too expensive. The undersigned officer reminded Mr. Douglas that he is not allowed to possess marijuana. Mr. Douglas agreed to remove the marijuana plants from his home.

On December 14, 2022, the undersigned officer met with Mr. Douglas at his residence and confirmed that Mr. Douglas had removed the marijuana plants from the greenhouse located in his bedroom.

<u>**Violation #2:**</u> Nathan H. Douglas, Jr., is alleged to have violated the conditions of pretrial release supervision by admitting to regularly ingesting marijuana while on pretrial release supervision on December 9, 2022.

Re: Douglas, Jr., Nathan H.
December 22, 2022
Page 2

On December 9, 2022, the undersigned officer met with Mr. Douglas at his residence for the purpose of a location monitoring inspection. As noted in violation number 1, the undersigned officer observed a marijuana pipe in plain view, as well as marijuana plants inside a greenhouse tent located in Mr. Douglas' bedroom. Mr. Douglas verbally admitted he smoked marijuana on a regular basis while on pretrial release supervision, with the last use of the substance being on or about December 7, 2022.

On December 14, 2022, the undersigned officer met with Mr. Douglas at his residence. During that meeting, Mr. Douglas signed a substance abuse admission form acknowledging he had been smoking marijuana on a daily basis, with his last reported use being on December 7, 2022.

**Violation #3:** Nathan H. Douglas, Jr. is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting marijuana on December 20, 2022.

On December 21, 2022, the undersigned officer met with Mr. Douglas at the U.S. Probation Office. During that meeting, Mr. Douglas admitted he smoked marijuana on December 20, 2022. Subsequently, Mr. Douglas signed a substance abuse admission form acknowledging his use of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 22, 2022

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12-22-2022
Date